UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

STUDIO A ENTERTAINMENT, INC.,

                  Plaintiff,

    v.

306 DVD & VIDEO, INC., 306 DVD LAND and
JOHN DOES 1-10,

                  Defendants.

------------------------------------X

Civil Action No.

08 CIV 4301

### EX PARTE ORDER
### SEALING COMPLAINT AND OTHER PAPERS

Upon the annexed declaration of Jules D. Zalon

IT IS HEREBY ORDERED that the complaint and all other papers filed with the clerk of this Court are to be forthwith sealed and not disclosed to the public or any third parties until the defendants in the within action are served with process and proof of service filed, or until further order of this Court.

Dated:    New York, N.Y.
           May 6, 2008

_____
                             U.S.D.J.

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X

STUDIO A ENTERTAINMENT, INC.,

                Plaintiff,

v.

306 DVD & VIDEO, INC., 306 DVD LAND and
JOHN DOES 1-10,

                Defendants.

---------------------------------X

Civil Action No.

## APPLICATION FOR EX PARTE ORDER
## SEALING COMPLAINT AND OTHER PAPERS

Plaintiff Studio A Entertainment, Inc. moves this Court for an ex parte order sealing all of the papers in this action, pending the service of process and execution of the seizure orders on each of the named defendants herein. In support of this application, plaintiff will rely upon the declaration of counsel submitted herewith.

Dated:     West Orange, New Jersey
             May 6, 2008

                                          Jules D. Zalon
                                          20 Curtis Avenue
                                          West Orange, New Jersey 07052
                                          Tel: (973) 324-2444
                                          Fax: (973) 324-2180
                                          Email; jzalon@zalonoffice.com
                                          Attorney for Plaintiff

New York Office:

     c/o Law Offices of Michael Rosenberg
     3 Spruce Hollow
     Armonk, New York 10504
     Tel:   914-683-0800
     Fax:  914-949-1094

               Please address all correspondence to our New Jersey Office

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

STUDIO A ENTERTAINMENT, INC.,

                Plaintiff,

v.

306 DVD & VIDEO, INC., 306 DVD LAND and
JOHN DOES 1-10,

                Defendants.

------------------------------------X

Civil Action No.

### DECLARATION IN SUPPORT OF EX PARTE ORDER SEALING FILE

STATE OF NEW JERSEY  )
                           )Ss.:
COUNTY OF ESSEX     )

      JULES D. ZALON, hereby declares the following under penalty of perjury:

      1. I am the attorney for the plaintiff in the within action, which has been instituted to prevent the defendants from continuing to infringe substantial property rights belonging to the plaintiff.

      2. This action is being commenced by the filing of an order to show cause seeking an ex parte temporary restraining order, for reasons set forth in my declaration accompanying such papers.

      3. In view of the clear -- and wholesale -- infringements by the defendants, it is certain that, upon receiving notice of the institution of the action, they would promptly seek to destroy or otherwise secrete infringing inventory and records vital to the establishment of the plaintiff's case. This is the reason why plaintiff seeks an ex parte temporary restraining order in the first place.

4. Plaintiff therefore requests that this court issue an order sealing the filed papers in this matter until plaintiff is able to effect service upon defendants.

Dated:   West Orange, New Jersey
         May 6, 2008

                                                Jules D. Zalon
                                                Attorney for Plaintiff