```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------------------------
STUDIO A ENTERTAINMENT, INC.,

                      Plaintiff,

    — against —             08 Civ. 4301 (VM)

306 DVD & VIDEO, INC., 306 DVD LAND,    **ORDER**
and JOHN DOES 1-10,

                      Defendants.
---------------------------------------------------------

**VICTOR MARRERO, United States District Judge.**

As the Court denied plaintiff Studio A Entertainment Inc.'s ("Studio A") ex parte request for a Temporary Restraining Order and Seizure Order, and directed Studio A to notify defendants 306 DVD & Video, Inc., 306 DVD Land, and John Does 1-10 (collectively, the "Defendants") of the hearing scheduled for May 15, 2008 at 10:15 a.m. and the related briefing schedule, it is hereby

    **ORDERED** that all documents related to this case be unsealed.

**SO ORDERED.**

DATED:    New York, New York
             8 May 2008

                                          Victor Marrero
                                            U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 5-12-08
```