ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

STUDIO A ENTERTAINMENT, INC.,

                          Plaintiff,

      v.

306 DVD & VIDEO, INC., 306 DVD LAND and
JOHN DOES 1-10,

                          Defendants.

------------------------------------X

Civil Action No.
08 Civ 4301 (VM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-13-08

ORDER TO SHOW CAUSE ON MOTION FOR PRELIMINARY
INJUNCTION WITH ORDER RESTRICTING SALE,
TRANSFER OR DESTRUCTION OF EVIDENCE

Upon the annexed declarations OF Jules D. Zalon and Carol Nevitt, the complaint and all other papers filed herein,

IT IS HEREBY ORDERED that defendants show cause at the United States District Court for the Southern District of New York Ohio, at the Daniel P. Moynihan United States Court House, 500 Pearl Street, New York, N.Y. in Court Room 11C , on Thursday, May 15, 2008 at 10:15 AM of that day or as soon thereafter as counsel can be heard, why a preliminary injunction pursuant to FRCP 65(a) should not be granted herein, enjoining and restraining the defendants, their agents, servants, employees, attorneys, consultants, officers, directors, affiliates, successors and/or assigns and/or any other individual or entity within their control or supervision and/or all other persons or entities acting in concert with the

1

defendants or on their behalf from (1) manufacturing, distributing, selling, offering for sale or advertising illegal, counterfeit and infringing duplications of (a) plaintiff's copyrighted videos, or (b) videos originally produced by any other video producer; or (2) infringing the plaintiff's registered trademark **Andrew Blake**;

And it appearing that the defendants are presently manufacturing and/or distributing, selling, offering for sale and/or advertising such illegal, counterfeit and infringing duplications of those producers' legitimate videos, without any license therefor, and threaten to continue to do so unless restrained by Order of this Court;

And it is appearing to the Court that the defendants might secrete, destroy, alter, remove or otherwise deal with or affect the books and records of the defendants to prevent their discovery by the plaintiff, and might in addition, attempt to secrete, destroy, alter, remove or otherwise deal with or affect all such illegal and infringing merchandise to prevent their discovery and seizure by the plaintiff;

And it appearing to the Court that immediate and irreparable injury, loss or damage will continue to result to the plaintiff before defendant can be given notice and its attorneys can be heard in opposition to the granting of the preliminary injunction;

The defendants are ORDERED not to sell, transfer or dispose of (1) any DVD boxes bearing the label "NO BOX" or words of like effect that are presently found on their shelves, or (2) any DVD containing a film/video whose title or contents corresponds to the film/video identified on any such DVD box.

2

### Right to Photograph or Videotape Premises

IT IS FURTHER ORDERED that plaintiff's attorney or a private investigator engaged by plaintiff's attorney may photograph or videotape portions of the said premises for the purpose of obtaining a visual record thereof, providing that such photographs/video shall be retained by plaintiff's attorney or such investigator (or turned over to plaintiff's attorney), without additional copies being made, and shall be disposed of only as directed by this Court.

### Expedited Discovery Order

IT IS FURTHER ORDERED that at the said hearing defendants further show cause why an order should not be entered, pursuant to Rule 30 and 34 of the Federal Rules of Civil Procedure, granting plaintiff accelerated discovery. [struck through]

### Service of Papers

IT IS FURTHER ORDERED that, sufficient reason appearing therefor, service of a copy of this order to show cause, together with the papers upon which it is based, upon defendants 306 DVD & Video, Inc., 306 DVD Land and the other John Doe defendants on or before May __8__ 2008 by any person authorized to serve process according to the laws of the State of New York shall be deemed good and sufficient service hereof.

3

## Service of Answering Papers

IT IS FURTHER ORDERED that answering papers, if any, shall be served upon the attorney for plaintiff – and the Court – by delivering copies thereof on or before 5:00 P.M. on May 13, 2008.

ISSUED:  New York, N.Y.
May 7, 2008
At:

_____
Victor Marrera, U. S. D. J.