'08 CIV 4301

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

STUDIO A ENTERTAINMENT, INC.,

          Plaintiff,

v.

306 DVD & VIDEO, INC., 306 DVD LAND and
JOHN DOES 1-10,

          Defendants.

------------------------------------X

Civil Action No.

Statement of
Corporate Interest

RECEIVED
MAY 07 2008
U.S.D.C. S.D.N.Y.
CASHIERS

      Pursuant to Federal Rule 7.1, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for the plaintiff, a private non-governmental party, certifies that there are no corporate parents, subsidiaries or affiliates of plaintiff which are publicly held.

Dated:      West Orange, New Jersey
              May 6, 2008

                                              Jules D. Zalon
                                              20 Curtis Avenue
                                              West Orange, New Jersey 07052
                                              Tel: (973) 324-2444
                                              Fax: (973) 324-2180
                                              Email; jzalon@zalonoffice.com
                                              Attorney for Plaintiff

New York Office:

    c/o Law Offices of Michael Rosenberg
    3 Spruce Hollow
    Armonk, New York 10504
    Tel:   914-683-0800
    Fax:  914-949-1094

                Please address all correspondence to our New Jersey Office