UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
STUDIO A ENTERTAINMENT, INC.          08 CIV. 4301 (VM)

                Plaintiff,

      -against-                          **STATEMENT OF CORPORATE INTEREST**

306 DVD & VIDEO, INC.,  306 DVD LAND
JOHN DOES 1-10
             Defendant.
------------------------------------------------------X

      Pursuant to Federal Rule 7.1 and to enable judge and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for the plaintiff, a private non-governmental party, certifies that there are no corporate parents subsidiaries or affiliates of defendants which are publicly held.

Dated: New York, New York
       June 3, 2008

                                      FRANZBLAU DRATCH, P.C.
                                      *Attorneys for plaintiff*

                                      BY: /s/Brian M. Dratch
                                            Brian M. Dratch
                                      233 Broadway, Suite 2701
                                      New York, New York 10007
                                      Email: bdratch@njcounsel.com
                                      (212) 571-1808