# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CIV 4301(VM)                                             Date Filed: _____

Plaintiff:
**Studio A Entertainment, Inc.**

vs.

Defendant:
**306 DVD & Video, Inc., 306 DVD Land,
and another action,State of New York, County of Albany)ss.:**

Received by American Clerical Service to be served on **Direct Distributors LLC**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **9th day of July, 2008** at **1:50 pm**, I:

Served the within named **LIMITED LIABILITY COMPANY** by delivering two true copies of the **Third-Party Summons in a Civil Action and Third-Party Complaint and Jury Demand, pursuant to section 303 LLCL together with statutory service fee in the amount of $40.00** to Carol Vogt as Business Document Specialist I of The New York State Department of State, the New York State Department of State being the **Registered Agent** of record of the within named limited liability company, in compliance with state statutes.

**Description** of Person Served:  Age: 45,  Sex: F,  Race/Skin Color: White,  Height: 5' 4",  Weight: 130,  Hair: Brown,  Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 15th day of July, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
J.R. O'Rourke
Process Server

**American Clerical Service**
**116 John St.**
**32nd Floor**
**New York, NY  10038**
**(212) 233-4040**
Our Job Serial Number: 2008002716
Ref: VL34986

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f