**JULES D. ZALON**  ATTORNEY AT LAW
20 CURTIS AVENUE • WEST ORANGE, NEW JERSEY 07052
973-324-2444
FAX: 973-324-2180

MEMBER N.J & N Y BARS



August 12, 2008

Michael Brantley, Esq.
Law Clerk to Hon. Ronald L. Ellis, U. S. Magistrate Judge
United States Court House
500 Pearl Street
New York, N.Y. 10007

Re:   Studio A Entertainment, Inc. v. 306 DVD & Video, Inc. - 08 Civ 4301 (VM)

Dear Mr. Brantley:

I just received electronic notice of a status conference scheduled for August 26th. I am writing to advise that I will be in California on the 26th and therefore will be unable to attend the conference. I just checked with Brian Dratch, the attorney for the defendants, and he will also be on vacation, returning just after Labor Day.

Mr. Dratch has a trial call for September 8th, but both of us will be free at any time on or after September 15th. I hope that the conference can be scheduled on or after that date.

Regards,

Jules D. Zalon

cc:   Brian M. Dratch, Esq.

Conference adjourned to 9-16-08 at 10am.

**SO ORDERED**

Ronald Ellis 8-19-08

MAGISTRATE JUDGE RONALD L. ELLIS

Via Fax Only: 973-992-7945